IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BRANDON THAGGARD**                                                                                    **PLAINTIFF**

**v.**                                                                          **CIVIL ACTION NO. 1:24-cv-137-TBM-RPM**

**TREELINE SERVICES, LLC;**
**ANTHONY JONES;**
**MICHAEL BUCHANAN;** *and*
**RISHA BUCHANAN**                                                                                  **DEFENDANTS**

## FINAL JUDGMENT

For the reasons stated in the Order entered this same day, this CASE is CLOSED.

THIS, the 18th day of February, 2025.

                                                                                                         _____
                                                                                                         TAYLOR B. McNEEL
                                                                                                         UNITED STATES DISTRICT JUDGE